204 F.3d 442 (3rd Cir. 2000)
 ROBERT J. HARTE, Appellant
v.
BETHLEHEM STEEL CORPORATION; GENERAL PENSION BOARD OF THE BETHLEHEM STEEL CORPORATION AND SUBSIDIARY COMPANIES; MICHAEL P. DOPERA, Secretary, Employee Benefits Administration Committee
 No. 98-2052
 UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
 February 29, 2000.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE AMENDED OPINION AT 214 F.3d 446.